IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OLUWAFEMI SUNNY LAFUA,<br><br>PLAINTIFF,<br><br>*v.*<br><br>U.S. ATTORNEY GENERAL, ET AL.,<br><br>DEFENDANTS. | Civil Action No.<br><br>1:25-CV-07104-WMR |

**ORDER**

Having read and considered Defendants' Motion for Enlargement of Time to file a responsive pleading to Plaintiff's Original Complaint for Writ of Mandamus and Declaratory Relief, and for good cause shown, it is hereby ORDERED that Defendants shall be granted an extension of time to file a responsive pleading to Plaintiff's Original Complaint for Writ of Mandamus and Declaratory Relief, through and including February 27, 2026.

So ordered this 9th day of March, 2026.

William M. Ray II
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

Presented By:

*/s/ NEELI BEN-DAVID*

NEELI BEN-DAVID

*Assistant United States Attorney*

Georgia Bar No. 049788